LORENZ REICH, Appellant, v. ALEXANDER SMITH COCHRAN and Another, as Executors, etc., Respondents.— Order affirmed, with ten dollars costs

and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.